IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE DESHAWN BARNES,<br><br>    Petitioner,<br><br>    v.<br><br>Z. WARREN, et al.,<br><br>    Respondents. | No. 2:21-CV-2061-TLN-DMC-P<br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Final judgment was entered on October 12, 2022, and Petitioner has appealed. Pending before the Court is Petitioner's motion, ECF No. 13, to proceed in forma pauperis. To the extent Petitioner seeks leave to proceed in forma pauperis on appeal, Petitioner's motion is denied without prejudice to renewal if necessary in the Ninth Circuit Court of Appeals.

        IT IS SO ORDERED.

Dated: May 4, 2023

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE